## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **Security Life Insurance Company of America** | ) ) ) | **Civil File No.: 0:11-cv-1358-MJD-JJK** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Judge Michael J. Davis** |
| **Southwest Reinsure, Inc., et al.** | ) ) | **Magistrate Judge Jeffrey J. Keyes** |
| **Defendants** | ) ) | |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS SOUTHWEST REINSURE, INC. AND IDEAL INSURANCE COMPANY, LTD.

Defendants Southwest Reinsure, Inc. and Ideal Insurance Company, Ltd., by and through their attorneys, hereby make the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1.      The parent company of Defendant Southwest Reinsure, Inc. is SouthwestRe, Inc., a New Mexico holding corporation. No publicly held corporation owns 10% or more of Southwest Reinsure, Inc.'s stock.

2.      The parent company of Defendant Ideal Insurance Company, Ltd. is SouthwestRe, Inc., a New Mexico holding corporation. No publicly held corporation owns 10% or more of Ideal Insurance Company, Ltd.'s stock.

Dated:  July 15, 2011                    Respectfully submitted,


By:   /s/ Paul Walker-Bright
          David M. Schlecker (New York State
          registration # 1835636) (*pro hac vice*)
          REED SMITH, LLP
          599 Lexington Ave.
          New York, NY 10022
          Tel:  212.521.5400
          Fax: 212 521.5450
          Email: dschlecker@reedsmith.com

          Paul Walker-Bright (ARDC #6226315)
          (*pro hac vice*)
          REED SMITH, LLP
          10 South Wacker Drive, Suite 4000
          Chicago, IL 60606
          Tel: 312-207-1000
          Fax: 312-207-6400
          Email: pwalkerbright@reedsmith.com

          Terrance W. Moore
          Steingart, McGrath and Moore, P.A.
          330 Edinborough Way, No. 601
          Edina, MN 55435
          Tel: 952-831-7100
          Fax: 952-835-5959
          Email: terry@steingart.com

          ATTORNEYS FOR DEFENDANTS
          SOUTHWEST REINSURE, INC.,
          JAMES B. SMITH AND IDEAL
          INSURANCE COMPANY, LTD.

## CERTIFICATE OF SERVICE

I certify that on July 15, 2011, I caused a true and correct copy of the foregoing

Rule 7.1 Disclosure Statement of Defendants Southwest Reinsure, Inc. and Ideal

Insurance Company, Ltd. to be served via the Court's ECF system and U.S. Mail upon:

### Attorneys for Security Life Insurance Company of America

Robert L. Meller, Jr.
Sarah E. Crippen
Elizabeth C. Borer
BEST & FLANAGAN LLP
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Tel: 612-339-7121
Fax: 612-339-5897
Email: rmeller@bestlaw.com
Email: scrippen@bestlaw.com
Email: eborer@bestlaw.com


### Attorneys for INATrust fsb

Laura J. Hanson
MEAGER & GEER, PLLP
33 S. Sixth Street, Suite 4400
Minneapolis, MN 55402
Tel:  612-338-0661
Fax:  612-338-8384
Email:  lhanson@meagher.com

Daryn E. Rush
Gibbons, PC
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2769
Tel:  215-665-0400
Fax:  215-636-0366
Email:  drush@gibbonslaw.com

By:\_\_\_/s/ Paul Walker-Bright_____
One of the Attorneys for Defendants
Southwest Reinsure, Inc., James B.
Smith, Ideal Insurance Company Ltd.